FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:19-cv-03031-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| ERIC EUGENE HULL and KRISTINA HULL, husband and wife; and AGRI-TRADE LLC, a Washington Limited Liability Company, | |
| Defendants. | |

On May 20, 2019, Plaintiff filed a notice of voluntary dismissal, ECF No. 8. Consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

**1.** Plaintiff's notice of voluntary dismissal, **ECF No. 8**, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of May 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2